IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-02086-REB-CBS

OFFICE AND PROFESSIONAL EMPLOYEES INTERNATIONAL UNION, AFL-CIO, CLC, and
OFFICE AND PROFESSIONAL EMPLOYEES INTERNATIONAL UNION, AFL-CIO, CLC, LOCAL 109,

    Plaintiffs,

v.

AIR METHODS CORPORATION,

    Defendant.

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiffs' Unopposed Motion for Leave to File Amended Anser to Corrected Counterclaim (*doc. no. 10)* is **GRANTED**.  As of the date of this order, the clerk's office is instructed to accept for filing, the Amended Answer to Corrected Counterclaim (*doc no. 10-3*) tendered to the court on December 6, 2006.

**DATED:**    December 6, 2006