IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-02086-REB-CBS

OFFICE AND PROFESSIONAL EMPLOYEES INTERNATIONAL UNION,
AFL-CIO, CLC, and
OFFICE AND PROFESSIONAL EMPLOYEES INTERNATIONAL UNION,
AFL-CIO, CLC, LOCAL 109,

    Plaintiffs,

v.

AIR METHODS CORPORATION,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiffs' Unopposed Motion to Participate in Rule 16(b) Scheduling and Planning Conference Via Telephone (*doc. no. 14*) is **GRANTED**. Counsel shall call the Court at (303) 844-2117 to participate in the hearing.

**DATED:**    January 26, 2007