IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-02086-REB-CBS

OFFICE AND PROFESSIONAL EMPLOYEES INTERNATIONAL UNION,
AFL-CIO, CLC, and
OFFICE AND PROFESSIONAL EMPLOYEES INTERNATIONAL UNION,
AFL-CIO, CLC, LOCAL 109,

       Plaintiffs,

v.

AIR METHODS CORPORATION,

       Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

       IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to Participate in Pretrial Conference Via Telephone (*doc. no. 39)* is **DENIED**. This court construes FED.R.CIV.P. 16(d) as requiring physical attendance of trial counsel at the final pretrial conference.

       Parties are reminded that due to the February 18, 2008 trial date set before District Judge Robert E. Blackburn, the court is not inclined to entertain any motions to reschedule.

**DATED:**     November 30, 2007