**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-02086-REB-CBS

OFFICE AND PROFESSIONAL EMPLOYEES INTERNATIONAL UNION, AFL-CIO, CLC, and
OFFICE AND PROFESSIONAL EMPLOYEES INTERNATIONAL UNION, AFL-CIO, CLC, LOCAL 109

    Plaintiffs,

v.

AIR METHODS CORPORATION,

    Defendant.

---

**MINUTE ORDER**[1]

---

    The matter comes before the court on the **Stipulated Motion To Postpone Trial and Vacate Trial Preparation Conference** [#45], filed January 22, 2008. The motion is **GRANTED**. The Trial Preparation Conference set for January 25, 2008, and the trial to the court set to commence February 18, 2008, are **VACATED** and are continued without date.

    Dated: January 23, 2008

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.