**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-02086-REB-CBS

OFFICE AND PROFESSIONAL EMPLOYEES INTERNATIONAL UNION, AFL-CIO, CLC, and
OFFICE AND PROFESSIONAL EMPLOYEES INTERNATIONAL UNION, AFL-CIO, CLC, LOCAL 109

    Plaintiffs,

v.

AIR METHODS CORPORATION,

    Defendant.

## ORDER ADOPTING RECOMMENDATION OF
## UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

This matter is before me on Magistrate Judge Shaffer's **Recommendation Regarding Plaintiffs' Motion for Attorney's Fees and Costs** [#52], filed April 10, 2008. The recommendation addresses the plaintiffs' **Motion for Attorney's Fees and Costs** [#49], filed February 8, 2008.

No objections to the recommendation have been filed. Therefore, I review it only for plain error. *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005). I have considered carefully the recommendation and the applicable case law. The recommendation is detailed and well-reasoned. Finding no error, much less plain error, in the magistrate judge's ratiocination and recommended disposition, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the

magistrate judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Recommendation Regarding Plaintiffs' Motion for Attorney's Fees and Costs** [#52], filed April 10, 2008, is **APPROVED AND ADOPTED** as an order of this court; and

2.  That the plaintiffs' **Motion for Attorney's Fees and Costs** [#49], filed February 8, 2008, is **DENIED**.

Dated July 16, 2008, at Denver, Colorado.

                                        **BY THE COURT:**

                                        **s/ Robert E. Blackburn**
                                        **Robert E. Blackburn**
                                        **United States District Judge**